476 A.2d 58

Commonwealth v. Dixon, Appellant.

Submitted November 8, 1983. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence vacated and remanded. Jurisdiction relinquished.

CIRILLO, J., filed a dissenting memorandum.